82,986-02

Court of Criminal Appeals
Capitol Station, Austin TX 78711
Clerk of Court, Abel Acosta

September 28,

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 30 2015

Abel Acosta, Clerk

RE: Osmin A. Meraz #01794405
    WR-82,986-02
    Tr. Ct. No. C-371-010461-1254009-B
    REQUEST FOR NOTICE OF WRIT STATUS

Dear Honorable Court Clerk,

Greetings, my 11.07 Writ was received and presented to the C.C.A. on 6-19-15. It has been 3 months. Due to the high frequency of lost White Card Notices, I may be asking for updates on my Application status. Federal Court require that in the event of lost notices, diligence must be proven. All notices will be kept on record as this is a very important legal effort to show innocense. Thank you for your help

Sincerely,

Osmin A. Meraz #1794405
Ellis Unit T.D.C.J
1697 FM.980 Huntsville TX 77343

CC: